UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEAUNDROS BLACKSHEAR,**

    **Plaintiff,**

v.                          Case No.  3:15-cv-00570-MCR-CAS

**JULIE JONES,** SECRETARY
FLORIDA DEPARTMENT OF
CORRECTIONS,

    **Defendant.**
_____/

## **ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 22, 2016. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having carefully considered the matter, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. This case is **DISMISSED without prejudice.**

3. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 25th day of March, 2016.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:15-cv-00570-MCR-CAS